# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

DAVID BENNETT,

    Plaintiff,

v.

REX HARPER; and JAMIE MERRITT,

    Defendants.

CIVIL ACTION NO.: 5:18-cv-48

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 32. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motions to Dismiss, **DISMISSES** Plaintiff's claims under the applicable statute of limitations, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Plaintiff

*in forma pauperis* status on appeal.

**SO ORDERED**, this 30 day of March, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)